**Order entered August 15, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01528-CV

### FREEDOM LHV, LLC, Appellant

### V.

### IFC WHITE ROCK, INC., Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-03920-A**

## ORDER

Before the Court is appellant's motion to expedite issuance of the mandate. The motion

is **DENIED**.


/s/     CRAIG STODDART
          JUSTICE